# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **JENNIFER MCGEHEE Individually and** § | | |
| **On Behalf of All Others Similarly Situated,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| **vs.** § | | |
| § | **CIVIL ACTION NO. 2:15-cv-1402** | |
| § | | |
| § | | |
| **BARE ASSETS, LLC, MIDNIGHT LACE,** § | | |
| **LLC, & MARSHALL SEALEY,** § | | |
| **Individually,** § | | |
| **Defendants.** § | **Jury Demanded** | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW JENNIFER MCGEHEE Individually and On Behalf of All Others Similarly Situated and Defendants, BARE ASSETS, LLC, MIDNIGHT LACE, LLC, and MARSHALL SEALEY, and respectfully file this Motion to Dismiss With Prejudice for the reason that all matters in controversy between all parties in this cause have been settled.

WHEREFORE, PREMISES CONSIDERED, Movants pray that this cause be dismissed with prejudice and all costs of court be taxed against the party incurring same.

                                                                                                       Respectfully submitted,

*/s/ Jack Siegel*
Jack Siegel
Texas Bar No. 24070621
SIEGEL LAW GROUP PLLC
10440 N. Central Expressway, Suite 1040
Dallas, Texas 75231
(214) 706-0834 phone
jack@siegellawgroup.biz

*/s/ J. Derek Braziel*
J. Derek Braziel
Texas Bar No. 00793380

Writing:

J. Forester
Texas Bar No. 24087532
LEE & BRAZIEL, L.L.P.
1801 N. Lamar St. Suite 325
Dallas, Texas 75202
(214) 749-1400 phone
(214) 749-1010 fax

**ATTORNEYS FOR PLAINTIFFS**


*/s/Gregory S. Porter*
Gregory S. Porter
SBN: 24002785
**PORTER LAW FIRM, P.C.**
3311 Woods Blvd.
Tyler, Texas 75707
(903) 561-5144
(903) 705-6253 Fax

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify a true and correct copy of the foregoing Motion to Dismiss with Prejudice has been served in accordance with the provisions of Tex. R. Civ. P. 21a on this 24th day of March, 2016.


*/s/ Gregory S. Porter*
Gregory S. Porter