# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| JENNIFER MCGEHEE Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| vs. | § § § | CIVIL ACTION NO. 2:15-cv-1402 |
| | § § | |
| BARE ASSETS, LLC, MIDNIGHT LACE, LLC, & MARSHALL SEALEY, Individually, | § § § § | |
| Defendants. | § | Jury Demanded |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day came on to be considered the parties Joint Motion to Dismiss with Prejudice. (Dkt. No. 17.) After careful consideration, the Court is of the opinion that the motion should be granted.

It is therefore ORDERED, ADJUDGED and DECREED that all claims of all parties in the above-entitled and numbered cause be and hereby are dismissed with prejudice and all costs of Court be taxed against the party incurring the same.

The Clerk is directed to CLOSE this case. Any and all motions between Plaintiff and Defendant in this case that are presently unresolved are hereby terminated as MOOT.

**So Ordered this**
Mar 29, 2016

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE